DAVID LEVY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CAPITAL AUDIT CORP., DEFENDANT-PETITIONER.

*Mr. Leonard I. Weinglass* for the petitioner.

*Mr. Bernard Horwitz* for the respondents.

November 26, 1963.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN RING, DEFENDANT-PETITIONER.

*Mr. Carl E. Ring,* guardian, *pro se* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Ronald J. Picinich* for the respondent.

December 9, 1963.   Denied.